# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TONEVA MUNROE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 1:20-cv-10986-RWZ |

## JUDGMENT

IT IS ORDERED AND ADJUDGED, pursuant to the Rule 68 Offer of Judgment offered by Defendant Radius Global Solutions, LLC, on January 11, 2021 and accepted by Plaintiff TONEVA MUNROE on January 13, 2021, that Judgment is hereby entered against RADIUS GLOBAL SOLUTIONS, LLC, in the amount of $7,500 (seven thousand five hundred dollars) in favor of Plaintiff, Toneva Munroe, and $21,900 (twenty-one thousand nine hundred dollars) in favor of her attorneys, the National Consumer Law Center, Inc. and Bailey and Glasser LLP.

Date: 1/26/21

_____
Clerk of Court